STATE of Missouri, Plaintiff/Respondent,

v.

Howard A. LOWE, Defendant/Appellant.

Howard A. LOWE, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42287.

Missouri Court of Appeals, Western District.

Nov. 20, 1990.

David S. Durbin, Asst. Public Defender, Kansas City, for defendant/appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for plaintiff/respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Defendant appeals from conviction of first degree arson under Section 569.040, RSMo 1986. This appeal is consolidated with his appeal from the denial of a Rule 29.15 motion for post-conviction relief, after evidentiary hearing.

The judgment of conviction is affirmed. Rule 30.25(b).

The appeal from the denial of post-conviction relief is dismissed. Rule 84.16(b).